**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BECAYE KANTE,

        Plaintiff,                     CASE NO. 07-CV-13615

-vs-                                  PAUL D. BORMAN
                                       UNITED STATES DISTRICT JUDGE

DETROIT NEWSPAPER
AGENCY,

        Defendant.
_____/

**ORDER**
**(1) GRANTING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES; AND (2) DENYING PLAINTIFF'S APPLICATION FOR APPOINTMENT OF COUNSEL**

Having considered Plaintiff's application to proceed without prepayment of fees,

**IT IS ORDERED** that the application is:

__ X __ **GRANTED**.

The Clerk is directed to file Plaintiff's Complaint.

Having considered Plaintiff's application for appointment of counsel under 28 U.S.C. § 1915(e), the Court hereby **DENIES WITHOUT PREJUDICE** Plaintiff's application.

**SO ORDERED.**

                                        s/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: August 31, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 31, 2007.

                                        s/Denise Goodine
                                        Case Manager