# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BECAYE KANTE,

       Plaintiff,                      CASE NO. 07-CV-13615

-vs-                                       PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

DETROIT NEWSPAPER
AGENCY,

       Defendant.
_____/

# ORDER DENYING
# PLAINTIFF'S THIRD MOTION FOR APPOINTMENT OF COUNSEL

Before the Court is Plaintiff's April 2, 2008 Third Motion for Appointment of Counsel. (Doc. No. 15). Plaintiff contends that this Court should appoint counsel for him, due to financial necessity, in his civil case involving claims of discrimination.

Having considered Plaintiff's request, the Court **DENIES** Plaintiff's motion.

**SO ORDERED.**

                                          s/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: April 7, 2008

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 7, 2008.

                                          s/Denise Goodine
                                          Case Manager